# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1379EA

_____

Leroy Kendall,                              *
                                            *
                Appellant,                  *
                                            *
        v.                                  *    Appeal from the United States
                                            *    District Court for the Eastern
Mark Stodola; Louie C. Caudell; Duane       *    District of Arkansas.
Chapman; Don Wells; Ike Anthony;            *
Linda Anthony; Lee Munson; Richard          *         [UNPUBLISHED]
Goggans; James Ross, originally sued        *
as Steve Ross,                              *
                                            *
                Appellees.                  *

_____

Submitted:  September 4, 1998
Filed:  September 4, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Leroy Kendall appeals from a final judgment entered by the district court in Kendall's 42 U.S.C. § 1983 action.  Having reviewed the record and the parties' briefs, we conclude that an extensive discussion is not warranted.  We believe the judgment of the district court was correct, and we affirm substantially for the reasons stated by the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.